No. 79, Orig. OKLAHOMA v. ARKANSAS. Report of the Special Master is adopted. It is ordered that the parties are directed to submit a proposed decree to the Special Master for his approval

and submission, together with any recommendations, to this Court. [For earlier order herein, see, *e. g.*, *ante*, p. 1083.]